OLIVIA GARCIA, TX BAR 05648800
olivia.garcia@nlrb.gov
JILL H. COFFMAN, NY BAR 2307098
jill.coffman@nlrb.gov
DAVID B. REEVES, CA BAR 58101
david.reeves@nlrb.gov
RICHARD J. McPALMER, CA BAR 244962
richard.mcpalmer@nlrb.gov
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735
Telephone Number: (415) 356-5130
Fax Number: (415) 356-5156

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>SAN FRANCISCO HEALTH CARE AND REHAB, INC.,<br><br>Respondent. | Civil No. C 11-05425 MEJ<br><br>DISMISSAL OF ACTION |

The Petitioner and Respondent having reached settlement in the matter, Petitioner hereby DISMISSES his petition voluntarily, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 19th day of December, 2011.

RICHARD J. MCPALMER
ATTORNEY FOR PETITIONER
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735

Dated: 12/19/11

GRANTED
Judge Maria-Elena James

Page 1

Dismissal of Action