1  OLIVIA GARCIA, TX BAR 05648800
   olivia.garcia@nlrb.gov
2  JILL H. COFFMAN, NY BAR 2307098
   jill.coffman@nlrb.gov
3  DAVID B. REEVES, CA BAR 58101
   david.reeves@nlrb.gov
4  RICHARD J. McPALMER, CA BAR 244962
   richard.mcpalmer@nlrb.gov
5  National Labor Relations Board, Region 20
   901 Market Street, Suite 400
6  San Francisco, California  94103-1735
   Telephone Number:  (415) 356-5130
7  Fax Number: (415) 356-5156

8  Attorneys for Petitioner

9              UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>SAN FRANCISCO HEALTH CARE AND REHAB, INC.,<br><br>Respondent. | Civil No. C 11-05425 MEJ<br><br><br>DISMISSAL OF ACTION |

12
13     The Petitioner and Respondent having reached settlement in the matter, Petitioner

14  hereby DISMISSES his petition voluntarily, pursuant to Federal Rule of Civil Procedure

15  41(a)(1)(A)(i).

16     Dated this 19th day of December, 2011.

17
18                                    RICHARD J. MCPALMER
19                                    ATTORNEY FOR PETITIONER
20                                    National Labor Relations Board
21                                    Region 20
22                                    901 Market Street, Suite 400
23  Dated:  12/19/11                   San Francisco, California  94103-1735

[GRANTED — Judge Maria-Elena James]

Page 1                                                          Dismissal of Action